United States District Court
Southern District of Texas
FILED

SEP 8 2011

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | Criminal No. M-11-999-S1 |
| MIGUEL AVENDANO-REYNA | § § | |
| JOSE RESENDEZ-OLIVARES | § | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about June 6, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**MIGUEL AVENDANO-REYNA**
and
**JOSE RESENDEZ-OLIVARES**

being aliens who were illegally and unlawfully in the United States, did knowingly and intentionally possess, in and affecting commerce, ammunition, to wit: approximately 1,700 rounds of .50 BMG caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2) and Title 18, United States Code, Section 2.

### Count Two

On or about June 6, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MIGUEL AVENDANO-REYNA**

an alien who had previously been denied admission, excluded, deported and removed, knowingly

and unlawfully was present in the United States having been found near San Juan, Texas, said defendant not having obtained the consent to reapply for admission into the United States from the Attorney General of the United States and Secretary of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557.

In violation of Title 8, United States Code, Sections 1326(a) and 1326(b).

## Count Three

On or about June 6, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOSE RESENDEZ-OLIVARES**

an alien who had previously been denied admission, excluded, deported and removed, knowingly and unlawfully was present in the United States having been found near San Juan, Texas, said defendant not having obtained the consent to reapply for admission into the United States from the Attorney General of the United States and Secretary of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557.

In violation of Title 8, United States Code, Sections 1326(a) and 1326(b).

## Count Four

On or about June 6, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**MIGUEL AVENDANO-REYNA
and
JOSE RESENDEZ-OLIVARES**

did knowingly and willfully exported, attempted to export, and caused to be exported from the United States to Mexico a defense article, that is, approximately 1,700 rounds of .50 BMG caliber

ammunition, which are designated as a defense articles on the United States Munitions List, without having first obtained from the Department of State a license for such export or written authorization for such export.

In violation of Title 22, United States Code, Sections 2778(b)(2), 2778(c), Title 18, United States Code, Section 2, and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1.

A TRUE BILL

_____
FOREPERSON

JOSE ANGEL MORENO
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY